**No. 64194.**—L. H. Graves, a/c C. H. Harden & Son, Inc. *v.* United States, protests 58/25316,etc. (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 64195.**—Mexican Products Co. *v.* United States, protests 58/25319, etc. (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 64196.**—The American Import Company et al. *v.* United States, protests 59/8865, etc. (El Paso).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiffs was sustained.

**No. 64197.**—Chester K. Stoner *v.* United States, protests 59/9052, etc. (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 64198.**—Pan American Import Co. et al. *v.* United States, protests 59/12449, etc. (Laredo).